IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CV 19-00562 DKW-RT |
| ) | |
| Plaintiff, ) | |
| ) | ORDER ADOPTING |
| vs. ) | MAGISTRATE JUDGE'S |
| ) | FINDINGS AND |
| TWOL, LLC, NGUYEN NGOC ) | RECOMMENDATION |
| TRAN aka NGUYEN NGOC VAN, ) | |
| LOI CHI HANG, CONG VAN ) | |
| NGUYEN, MAI HOANG AND ) | |
| LNK FISHERY, LLC , ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on August 30, 2021 and served on all parties on September 7, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Plaintiff United States' Request for Entry of Default

Judgment in a Sum Certain as to Defendant Cong Van Nguyen", ECF No. 73 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: September 17, 2021 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*United States of America v. TWOL, LLC, et al.*; Civil No. 19-00562 DKW-RT; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION